Michael S. Lavenant, Esq. -- State Bar No. 198765
michael@landeggeresq.com
LANDEGGER, BARON, LAVENANT & INGBER
15760 Ventura Boulevard
Suite 1200
Encino, California 91436
Telephone: (818) 986-7561
Facsimile: (818) 986-5147

Attorneys for Defendant, Marin Management Culver City, Inc. dba Gaia Napa Valley Hotel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>GAIA NAPA VALLEY HOTEL,<br><br>Defendant. | CASE NO.: C09-05563 PJH<br><br>STIPULATION TO CONTINUE DUE DATE TO FILE RESPONSIVE PLEADING AND ORDER THEREON<br><br>CASE FILED: November 24, 2009 |

PLAINTIFF JACKIE WILLIAMS AND DEFENDANT MARIN MANAGEMENT CULVER CITY, INC. dba GAIA NAPA VALLEY HOTEL, BY AND THROUGH ITS ATTORNEYS OF RECORD, HEREBY STIPULATE AND HEREBY AGREE TO THE FOLLOWING:

WHEREAS, Plaintiff recently served the Complaint on Defendant for this action;

WHEREAS, Defendant is in the process of reviewing the allegations of the Complaint and is anticipating filing a Petition compelling that Plaintiff's dispute be resolved by arbitration pursuant to an arbitrating agreement entered into by Plaintiff; or filing a responsive pleading challenging the Complaint;

///

1

**STIPULATION TO CONTINUE DUE DATE TO FILE RESPONSIVE PLEADING AND ORDER THEREON**

1  WHEREAS, Plaintiff and Counsel for Defendant have discussed the mandatory arbitration
2  agreement that Plaintiff signed with Defendant upon the commencement of his employment and
3  Plaintiff requires additional time to review said agreement;

4  WHEREAS, Plaintiff is not currently represented by counsel and requires additional time to
5  meet with prospective attorneys concerning this case including but not limited to the arbitration
6  agreement;

7  WHEREAS, communication with Plaintiff is limited because Plaintiff does not own a fax
8  machine or e-mail address and consequently the only means of communicating and serving
9  documents related to this case is via U.S. mail;

10  WHEREAS, Defendant has informed Plaintiff of its intention to file a motion to compel
11  arbitration if Plaintiff refuses to voluntarily dismiss his case and attend arbitration;

12  WHEREAS, the parties stipulate and agree that the due date for the responsive pleading of
13  Defendant will be February 5, 2010 so as to allow the parties the opportunity to meet and confer
14  further, and try to resolve any issues with the Complaint, and perhaps resolve the Action in its
15  entirety through arbitration;

16  WHEREAS, as a result of the foregoing, the parties hereto desire to request that the Court
17  grant Defendant until the close of business on February 5, 2010, the opportunity to file a responsive
18  pleading;

19  ///
20  ///
21  ///

2
28  **STIPULATION TO CONTINUE DUE DATE TO FILE RESPONSIVE PLEADING AND ORDER THEREON**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, for all of the foregoing reasons, that good cause exists for the request that Defendant shall have until February 5, 2010, to file a responsive pleading to Plaintiff's Complaint.

Dated: January 25, 2010

LANDEGGER, BARON, LAVENANT & INGBER

By: _____
Michael S. Lavenant
Attorneys for Defendant,
Gaia Napa Valley Hotel

Dated: January 25, 2010

By: _____
Jackie Williams,
Plaintiff

**IT IS SO ORDERED.**

Dated: 2/5/10

JUDGE _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

3

**STIPULATION TO CONTINUE DUE DATE TO FILE RESPONSIVE PLEADING AND ORDER THEREON**